# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHARLES R. CROSSTY, | Case No. 1:19-cv-292 |
| Petitioner, | Judge Matthew W. McFarland |
| vs. | |
| WARDEN, MANSFIELD CORRECTIONAL INSTITUTION, | |
| Respondent. | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (DOC. 15), STRIKING PETITIONER'S AMENDED MOTION TO STAY (DOC. 7), AND DENYING PETITIONER'S MOTION TO AMEND (DOC. 12)

The Court has reviewed the Report and Recommendations of Magistrate Judge Stephanie K. Bowman (Doc. 15), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court rules as follows:

1. Petitioner's amended motion to stay (Doc. 7) is **STRICKEN FROM THE RECORD**.

2. Petitioner's motion to amend (Doc. 12) is **DENIED**.

3. As the Court's denial of these motions (Docs. 7, 12) is not a final appealable order, no certificate of appealability shall be issued. *See Jackson v. Sloan*, No. 19-3177, 2019 WL 4267742 (6th Cir. May 2, 2019).

4. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith, and therefore Petitioner is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24(a); *Kincade v. Sparkman*, 117 F.3d 949, 952 (6th Cir. 1997).

**IT IS SO ORDERED**.

By: *(signature)*
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE