### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

CHARLES R. CROSSTY,

        Petitioner,   :   Case No. 1:19-cv-292

  - vs -         District Judge Matthew W. McFarland
                                Magistrate Judge Michael R. Merz

WARDEN,
  Mansfield Correctional Institution,

                                  :
        Respondent.

## ORDER

This habeas corpus case is before the Court on Petitioner's second motion for an extension of time to file objections to the pending Report and Recommendations (ECF No. 24). In his first motion, he sought sixty days and the Court granted him a month (ECF No. 23). Now he seeks "four to six months." (ECF No. 23, PageID 823).

Petitioner's time to object is extended to and including October 1, 2020. No further extensions will be granted without documentation from prison personnel showing Petitioner's lack of access to necessary resources.

The legal system has been severely impacted by the COVID-19 pandemic for almost six months. Temporary measures taken early on with the hope or expectation that they would only be necessary for a short time will not be sufficient to satisfy constitutional demands for access to the courts over the long run. ODRC personnel must consider and adopt measures to assure court access which are viable in the long term.

IT IS SO ORDERED.

August 14, 2020.

s/ *Michael R. Merz*
United States Magistrate Judge
