**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION – CINCINNATI**

| | | |
|---|---|---|
| CHARLES R. CROSSTY, | : | Case No. 1:19-cv-292 |
| | : | |
| Petitioner, | : | Judge Matthew W. McFarland |
| | : | |
| v. | : | |
| | : | |
| WARDEN, Mansfield Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

_____

**ORDER OVERRULING OBJECTIONS (Doc. 34), ADOPTING REPORT AND RECOMMENDATIONS (Doc. 21) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (Doc. 36), AND TERMINATING CASE**

_____

This habeas corpus case, brought *pro se* by Petitioner Charles Crossty under 28 U.S.C. § 2254, is before the Court on the Report and Recommendations (the "Report") (Doc. 21) and Supplemental Report and Recommendations (the "Supplemental Report") (Doc. 36) of United States Magistrate Judge Michael R. Merz.  In the Report, the Magistrate Judge recommended that the Court dismiss Mr. Crossty's Petition with prejudice.  Mr. Crossty filed Objections (Doc. 34) to the Report, after which the undersigned referred the case to the Magistrate Judge for further consideration.  The Magistrate Judge entered the Supplemental Report, which addressed the Objections and again concluded that the Petition should be dismissed with prejudice.  After being granted an extension of time to file objections to the Supplemental Report, Mr. Crossty did not do so.  This matter is thus ripe for review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case.  Upon said review, the Court finds that Petitioner's Objections are not well-taken and are accordingly **OVERRULED**.  The Court **ADOPTS** the Report and Supplemental Report in their entirety and rules as follows:

1. The Petition (Doc. 1) is **DISMISSED WITH PREJUDICE**.

2. Petitioner is **DENIED** any certificate of appealability.

3. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that for the reasons stated in the Report and Supplemental Report, which the Court has adopted, an appeal from this Order would not be taken in good faith and therefore plaintiff should not be permitted to proceed in forma pauperis.

4. This action is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND